IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Terrance A. McCants, ) | Civil Action No.: 8:10-cv-00789-RBH |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Warden M.M. Mitchell, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

This matter is before the court with Petitioner's [Docket Entry 12] "Request to Withdraw 28 U.S.C. § 2241 Motion" filed on April 23, 2010.[1] In his motion, Petitioner states that he "move[s] this honorable court to grant this Motion to Withdraw, so petitioner can properly file a 28 U.S.C. § 2255 motion in the appropriate court." *Id.* at 1. The court hereby **GRANTS** Petitioner's motion and this § 2241 is **DISMISSED** *without prejudice*.

**IT IS SO ORDERED.**

                                           s/R. Bryan Harwell
                                           R. Bryan Harwell
                                           United States District Judge

April 27, 2010
Florence, South Carolina

---

[1] Filing date under *Houston v. Lack*, 487 U.S. 266 (1988) (stating that a prisoner's pleading is filed at the moment of delivery to prison authorities for forwarding to district court).